UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:12CV-P110-R

CLAUDE COX                                                            PLAINTIFF

v.

PRISON OFFICIALS                                      DEFENDANT

## MEMORANDUM OPINION

      Plaintiff Claude Cox filed the instant *pro se* action arising out of his incarceration at the Kentucky State Penitentiary. On August 8, 2012, the Court entered an Order directing Plaintiff within 30 days to (1) re-file his complaint on the Court's 42 U.S.C. § 1983 complaint form and (2) tender the $350.00 filing free or file an application to proceed without prepayment of fees. The Order stated, "Plaintiff is WARNED that failure to re-file his complaint on a Court-approved form or to tender the $350.00 filing fee or file an application to proceed without prepayment of fees within 30 days may result in dismissal of the action." (Emphasis omitted.) Plaintiff has not filed anything in response to that Order.

      Although federal courts afford *pro se* litigants some leniency on matters that require legal sophistication, such as formal pleading rules, the same policy does not support leniency from court deadlines and other procedures readily understood by laypersons, particularly where there is a pattern of delay or failure to pursue a case. *See Jourdan v. Jabe*, 951 F.2d 108, 110 (6th Cir. 1991). "[T]he lenient treatment of pro se litigants has limits. Where, for example, a pro se litigant fails to comply with an easily understood court-imposed deadline, there is no basis for treating that party more generously than a represented litigant." *Pilgrim v. Littlefield*, 92 F.3d 413, 416 (6th Cir. 1996) (citing *Jourdan*, 951 F.2d at 110). Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant

because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Upon review, Plaintiff's failure to comply with the Court's Order shows a failure to pursue his case. Therefore, by separate Order, the Court will dismiss the instant action.

Date:


cc: Plaintiff, *pro se*
4413.010